MSG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS HOLLAND, | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | No. 13-3767 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, <u>ET AL.</u>, | : | |
| **Defendants.** | : | |

FILED

MAR 27 2014



## ORDER

**AND NOW,** this 26th day of March, 2014, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.

BY THE COURT:

MITCHELL S. GOLDBERG, J.

ENTERED

MAR 27 2014

CLERK OF COURT